FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRISTALINDA FARIAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | No.   1:14-CV-3093-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Bianchini's August 26, 2015 Report and Recommendation, ECF No. 20, recommending that Plaintiff's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. Plaintiff timely filed an objection on September 9, 2015, ECF No. 21, and Defendant filed a response on September 23, 2015, ECF No. 22.

After reviewing the Report and Recommendation, the Plaintiff's objections, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

ORDER - 1

1. The Report and Recommendation, **ECF No. 20**, is **ADOPTED** in its entirety.

2. The Clerk's Office is directed to enter judgment accordingly and close the case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Bianchini.

**DATED** this 24th day of September 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Farias v Colvin-3093\ord adoptingR&R lc1 docx

ORDER **-** 2