FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRISTALINDA FARIAS,<br><br>                Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 1:14-CV-03093-SMJ<br><br>**ORDER GRANTING MOTION FOR PARTY SUBSTITUTION** |

Before the Court, without oral argument, is Plaintiff's Unopposed Motion for Substitution of Party, ECF No. 37. Plaintiff Cristalinda Farias's appeal to the Ninth Circuit Court of Appeals was remanded for additional administrative proceedings. The Court awarded EAJA fees on April 25, 2018. ECF No. 36. Counsel has brought to the Court's attention that Ms. Farias died on April 14, 2016. Plaintiff seeks to substitute her husband, Alfredo Chino, as the party in interest in place of his deceased wife. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Unopposed Motion for Substitution of Party, **ECF No. 37**, is **GRANTED**.

ORDER **-** 1

**2.** To the extent the Court's April 25, 2018 order awards fees to Cristalinda Farias or otherwise directs payment to the decedent, it is amended to permit payment to substitute plaintiff Alfredo Chino.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of May 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2